Dismissed and Memorandum Opinion filed June 5, 2008








Dismissed
and Memorandum Opinion filed June 5, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00397-CV

____________

 

STREAM-FLO INDUSTRIES, LTD., Appellant

 

V.

 

BIG HORN TRANSPORT, LTD. and

TRIPLE G TRANSPORTATION, Appellees

 



 

On Appeal from the
County Civil Court at Law No. 1

Harris County,
Texas

Trial Court Cause
No. 904,627

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from an order signed April 17, 2008.  On May 27, 2008,
appellant filed a motion to dismiss the appeal because the case has settled.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 








Judgment rendered and Memorandum Opinion filed June 5,
2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.